Hazel F. C. Boyd, Respondent, v. Maryland Assurance Corporation, Appellant.— Judgment and order reversed on the facts and new trial granted, with costs to appellant to abide the event on the ground that the verdict is contrary to and against the weight of the evidence. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

Carmine Della Salla, Respondent, v. Great American Insurance Company, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

United States of America, Respondent, v. John Monte, Otherwise Known as Stefano Monte, and Others, Defendants. Anthony Grimaldi, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

Henry D. Galbraith, Respondent, v. Buffalo Vegetable Marketing Company, Incorporated, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and·Sawyer, JJ.

The People of the State of New York, Respondent, v. Anthony Rizzio, Appellant.— Judgment of conviction affirmed. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

The People of the State of New York, Respondent, v. Tony Conzollo, Appellant.— Judgment of conviction affirmed. All concur, except Taylor, J., not voting. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

State Bank of Brocton, Respondent, v. Archibald R. Furman and Others, Defendants. Wm. S. Stearns, Appellant.— Orders affirmed, with ten dollars costs and disbursements. All concur, except Taylor, J., not voting. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

Imogene B. Sherrill, Respondent, v. Henry Adsit Bull, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

William J. McArdell, Appellant, v. Syracuse Motor Car Company, Inc., Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

Frederick W. Bennett, an Infant, etc., Respondent, v. Service Appliance Company, Inc., Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

Peter DeLette, Respondent, v. Oneida Community, Limited, and Another, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

Ola E. Lang, Appellant, v. Fay G. Collins, Respondent.— Judgment reversed on the law and a new trial granted, with costs to appellant to abide the event, on the ground that the negligence of the defendant was a question of fact. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.